## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**SHELBY WELTER and DEAN WELTER,**
on behalf of themselves and their minor children,
**A.R.B. and K.N.W.;**
**and STEPHANIE HUTCHINS,**
on behalf of herself and her minor children,
**J.H. and L.H.**                                                                                              **PLAINTIFFS**

**V.**                                    **CASE NO. 5:23-CV-5034**

**DETECTIVE JANICE WILSON,**
Bella Vista Police Department                                                              **DEFENDANT**

### JUDGMENT

**IT IS HEREBY ORDERED AND ADJUGED** that for the reasons stated in the Court's Memorandum Opinion and Order filed this day, Defendant Janice Wilson's Motion for Summary Judgment (Doc. 29) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 26th day of June, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE